HARRY WALLERSTEIN, Respondent, v. JOHN BOHANNA, et al., Appellants.

*N. Y. Supreme Court, Second Department, General Term, May 13, 1889.*

1. *Statute. Constitutional.*—Chap. 114, Laws of 1883, and the acts amendatory thereof, are constitutional.
2. *Stare. Decisis.*—The decision in Terrell v. Wheeler (17 N. Y. State Rep. 731), is decisive of every point raised upon this appeal.

Appeal from a judgment entered on a verdict.

*A. H. & W. E. Osborn*, for appellant.

*T. L. Bamberger*, for respondent.

PRATT, J.—This is an action of ejectment, the plaintiff claiming title to the property in the city of Brooklyn under a sale made by the register of arrears, under chapter 114 of the Laws of 1883, and the acts amendatory thereof.

The contention of the defendants is, that the sale was void by reason of the unconstitutionality of said act.

This precise question has been twice decided by this court, at general term, first, in the case of Terrell *v.* Wheeler (17 N. Y. State Rep. 731), and again in case of Kelly *v.* Wheeler (21 N. Y. State Rep. 311) ; and it seems unnecessary to again write an opinion, as no points are suggested requiring examination ; in fact the same brief, in part, is used by the appellant that was submitted in the case of Kelly *v.* Wheeler.

The opinion at general term in the case of Terrell *v.* Wheeler seems to cover every point raised upon this appeal, and the decision in that case is decisive of this.

Judgment is, therefore, affirmed upon the above mentioned opinion.

All concur.